IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHELDON TROUP,  :
      Plaintiff,  :
  v.  :  Civil Action No. 04-114J
JAMES A. CUTSHALL, et al.,  :
      Defendants  :

### MEMORANDUM ORDER

    This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings. On November 12, 2004, the Magistrate Judge filed a Report and Recommendation, docket no. 5, recommending that plaintiff's action should be dismissed if the plaintiff did not file an adequate amended complaint. Plaintiff submitted an unsigned amended complaint, which was returned to him with an explanatory order on November 30, 2004. Plaintiff has filed nothing and has not contacted the court since that time.

    Upon de novo review of the record, the following order is entered:

    AND NOW, this 16th day of March, 2006, it is

    ORDERED that the complaint is dismissed without prejudice for lack of prosecution. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

cc:
    Sheldon Troup
    9368 Route 286E
    Clymer, PA 15728